1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP FERRARI
   MICHELE BECKWITH
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>SIPPY LAL, MAMTA SHARMA,<br>  and RANI RACHANA SINGH-LAL<br><br>      Defendants. | CASE NO. 2:12-cr-0027 GEB<br><br>STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING NAMES AND PERSONAL IDENTIFYING INFORMATION |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in United States v. Lal, et al., stipulate and agree, and respectfully request that the Court order that:

1. The United States shall turn over discovery in this case subject to this stipulation and associated protective order.

2. Certain of the documents contained in the government's discovery production contain names and personal identifying information of certain defendants and other individuals (hereinafter, the "Protected Material"). Such

1

|   |   |   |
|---|---|---|
| 1 | | personal identifying information includes, but is not |
| 2 | | limited to, surnames, street addresses, telephone numbers, |
| 3 | | driver's license numbers, social security numbers, |
| 4 | | financial account numbers, dates of birth, A-file numbers, |
| 5 | | and any other alphanumeric identifiers attributed to any |
| 6 | | person.  Any pages of discovery that contain no personal |
| 7 | | identifying information are not subject to this order. |
| 8 | 3. | The Protected Material is now and will forever remain the |
| 9 | | property of the United States.  The Protected Material is |
| 10 | | entrusted to counsel for each defendant only for purposes |
| 11 | | of representation in this case. |
| 12 | 4. | Counsel for each defendant shall not give Protected |
| 13 | | Material or any copy of Protected Material to any person |
| 14 | | other than counsel's staff, investigator, or retained |
| 15 | | expert(s).  The terms "staff," "investigator," and |
| 16 | | "expert" shall not be construed to describe any defendant |
| 17 | | or other person not either regularly employed by counsel |
| 18 | | or a licensed investigator or expert hired in this case. |
| 19 | 5. | Any person receiving Protected Material or a copy of |
| 20 | | Protected Material from counsel for any defendant shall be |
| 21 | | bound by the same obligations as counsel and further may |
| 22 | | not give the Protected Material to anyone (except that the |
| 23 | | Protected Material shall be returned to counsel). |
| 24 | 6. | Counsel shall maintain a list of persons to whom any |
| 25 | | Protected Material, or copies thereof, have been given. |
| 26 | | Such persons shall be shown a copy of this Stipulation and |
| 27 | | Order and shall sign a copy of the Stipulation and Order |
| 28 | | and note that they understand its terms and agree to them. |

7. The defendants in this case may review the Protected Material and be aware of its contents, but shall not be given control of the Protected Material or any copies thereof. Notwithstanding the foregoing, counsel are permitted to provide each defendant with copies of documents otherwise classifiable as Protected Material so long as counsel completely redact <u>all</u> personal identifying information from those documents prior to providing them to a defendant.

8. The foregoing notwithstanding, after the Trial Confirmation Hearing in this case, counsel, staff, and investigator for any defendant who has confirmed for trial may make copies of the Protected Material for trial preparation and presentation. Any copies must, however, remain in the possession of counsel, staff, investigator, expert or the Court.

```
                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: February 1, 2012              By:/s/ Michele Beckwith
                                    MICHELE BECKWITH
                                    PHILIP FERRARI
                                    Assistant U.S. Attorneys

DATE: February 1, 2012              /s/Douglas J. Beevers
                                    DOUGLAS J. BEEVERS
                                    Assistant Federal Defender
                                    Attorney for SIPPY LAL

DATE: February 1, 2012              /s/Preeti Bajwa
                                    PREETI BAJWA
                                    Attorney for MAMTA SHARMA

DATE: February 1, 2012              /s/ Candace Fry
                                    CANDACE FRY
                                    Attorney for RANI RACHANA SINGH-LAL
```

**IT IS SO ORDERED:**

DATED: February 1, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE