```
 1  BENJAMIN WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    MICHELE BECKWITH
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2744
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. No. S 12-027 GEB
                                 )
12              Plaintiff,       )   STIPULATION AND ORDER
                                 )
13         v.                    )
                                 )
14  SIPPY LAL,                   )
    MAMTA SHARMA, and            )   Date: April 6, 2012
15  RANI RACHANA SINGH-LAL,      )   Time: 9:00 a.m.
                                 )   Hon. Garland E. Burrell, Jr.
16              Defendants.      )
    _____)
17
```

It is hereby stipulated by and between the United States of America through its attorneys, and defendants Sippy Lal, Mamta Sharma and Rani Rachana Singh-Lal, through their attorneys, that the status conference hearing set for March 16, 2012, be vacated, and a status conference hearing be set for April 6, 2012 at 9:00 a.m.

This case was recently indicted, and to date the government has produced over 2,500 documents in discovery. The parties stipulate that the ends of justice are served by the Court excluding the time between March 16, 2012, and April 6, 2012, so that counsel may review the discovery and become familiar with the facts of the case. The parties request that time be excluded based upon counsel's need

-1-

for reasonable time to prepare, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: March 15, 2012        /s/ Philip Ferrari for
                             DOUGLAS BEEVERS, ESQ.
                             Attny. for Sippy Lal

DATED: March 15, 2012        /s/ Philip Ferrari for
                             PREETI BAJWA, ESQ.
                             Attny. for Mamta Sharma

DATED: March 15, 2012        /s/ Philip Ferrari for
                             CANDACE FRY, ESQ.
                             Attny. for Rani Rachana Singh-Lal

DATED: March 15, 2012        BENJAMIN WAGNER
                             United States Attorney

                         By: /s/ Philip Ferrari
                             PHILIP A. FERRARI
                             Assistant U.S. Attorney

    IT IS ORDERED that the status conference currently set for March 16, 2012, is vacated, and a new status conference is set for April 6, 2012, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through **April 6, 2012**, pursuant to local code T4.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

    **IT IS SO ORDERED.**

**Dated:  March 15, 2012**

_/s/ Garland E. Burrell, Jr._
**GARLAND E. BURRELL, JR.**
**United States District Judge**