1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4  E mail: c.fry@att.net

5  Attorney for RANI SINGH-LAL,
   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-CR-0027-GEB |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| RANI RACHANA SINGH-LAL, | |
| Defendant. | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the special conditions of pretrial release imposed on defendant Rani Rachana Singh-Lal on January 30, 2012, by The Honorable Kendall J. Newman, United States Magistrate Judge, shall be modified by terminating the requirement of the electronic monitoring program and, specifically, by deleting special conditions Nos. 14, 15 and 16 pertaining to home confinement with electronic monitoring.  This modification is requested by the Pretrial Services in light of the defendant's full compliance with all conditions of release and her full-time employment.

Dated:  May 14, 2012                                   */s/ Candace A. Fry*
                                                       CANDACE A. FRY, Attorney for
                                                       RANI SINGH-LAL, Defendant

-1-

Dated: May 14, 2012

BENJAMIN WAGNER
United States Attorney

By  /s/ Candace A. Fry for
PHILP A. FERRARI, Assistant
United States Attorney

(Signed for Mr. Ferrari with
his prior agreement)

**O R D E R**

IT IS SO ORDERED.

Dated: May 21, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE