| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar# 89424 |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, U.S.V.I. Bar #766 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone (916) 498-5700 |
| 5 | Attorney for Defendant |
| | SIPPY LAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00027 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| SIPPY LAL, | ) | |
| | ) | DATE: September 21, 2012 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Garland E. Burrell, Jr. |
| | ) | |

It is hereby stipulated by and between the United States of America through its attorney, Philip Ferrari, and defendant Sippy Lal , through his attorney, Douglas Beevers, that the status conference hearing set for August 31, 2012, be vacated, and a status conference hearing be set for September 21, 2012 at 9:00 a.m.

To date the government has produced over 4,300 documents in discovery. In addition, the parties are actively engaged in negotiating potential resolutions, and researching the applicability of particular Guideline provisions. Additionally, defense counsel has received 80 additional pages of discovery this week. Accordingly, the parties stipulate that the ends of justice are served by the Court excluding the time between August 31, 2012, and September 21, 2012. The parties request that time be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of due diligence. 18 U.S.C.§ 3161 (h)(7)(B)(iv) (local Code T4).

/ / /

| | |
|---|---|
| Dated: August 29, 2012 | Respectfully submitted, |
| | DANIEL BRODERICK<br>Federal Defender |
| | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>SIPPY LAL |
| Dated: August 29, 2012 | BENJAMIN WAGNER<br>United States Attorney |
| | */s/ Philip Ferrari*<br>Philip Ferrari<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

**IT IS ORDERED** that the status conference currently set for August 31, 2012, is vacated, and a new status conference is set for September 21, 2012, at 9:00 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. § 3161(h), and time is excluded under the Speedy Trial Act through September 21, 2012, pursuant to local code T4. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

Dated: August 29, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge