CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E Mail: c.fry@att.net

Attorney for RANI RACHANA SINGH-LAL,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-12-027-GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| RANI RACHANA SINGH-LAL, | |
| Defendant. | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for September 7, 2012, shall be continued to September 21, 2012, at 9:00 a.m.

Status of this case is as follows: additional document discovery was provided by the Government on August 24 and 27 , 2012; defense counsel requires additional time to review the new discovery with the defendant; and, the defendant contemplates a change of plea without a plea agreement at next status conference pursuant to the Notice of Intent to Plead Guilty to Count One previously filed herein. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through September 21, 2012, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

-1-

///

Dated: August 28, 2012  /s/ Candace A. Fry
CANDACE A. FRY, Attorney for
RANI RACHANA SINGH-LAL, Defendant

Dated: August 28, 2012  BENJAMIN B. WAGNER
United States Attorney

By  /s/ Candace A. Fry for
PHILIP A. FERRARI
Assistant United States Attorney

(Signed for Mr. Ferrari with his authorization)

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is hereby ordered that the September 7, 2012, status conference hearing be continued to September 21, 2012, at 9:00 a.m. Based on the representation of defense counsel, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that time up to and including the September 21, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: August 29, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge