DANIEL J. BRODERICK, Bar# 89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SIPPY LAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v.  )<br>)<br>SIPPY LAL, )<br>)<br>Defendant. )<br>) | 2:12-cr-00027 GEB<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>DATE:    September 28, 2012<br>TIME:    9:00 a.m.<br>JUDGE:  Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorney, Philip Ferrari, and defendant Sippy Lal , through his attorney,  Douglas Beevers, that the status conference hearing set for September 21, 2012, be vacated, and a status conference hearing be set for September 28, 2012 at 9:00 a.m.

To date the government has produced over 4,300 documents in discovery. In addition, the parties are actively engaged in negotiating potential resolutions, and researching the applicability of particular Guideline provisions.  Accordingly, the parties stipulate that the ends of justice are served by the Court excluding the time between September 21, 2012, and September 28, 2012. The parties request that time be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of due diligence. 18 U.S.C. §3161 (h)(7)(B)(iv) (local Code T4).

/ / /

Dated: September 20, 2012                          Respectfully submitted,

                                                   DANIEL BRODERICK
                                                   Federal Defender

                                                   /s/ Douglas Beevers
                                                   DOUGLAS BEEVERS
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   SIPPY LAL


Dated: September 20, 2012                          BENJAMIN WAGNER
                                                   United States Attorney

                                                   /s/ Philip Ferrari
                                                   Philip Ferrari
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff


## ORDER

    **IT IS ORDERED** that the status conference currently set for September 21, 2012, is vacated, and a new status conference is set for September 28, 2012, at 9:00 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C.§ 3161 (h)(7)(B)(iv), and time is excluded under the Speedy Trial Act through September 28, 2012, pursuant to local code T4. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.


    **IT IS SO ORDERED.**

Dated: September 20, 2012


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2