```
 1  BENJAMIN WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    MICHELE BECKWITH
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2744
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. No. S 12-027 GEB
                                 )
12              Plaintiff,       )   STIPULATION AND ORDER
                                 )
13         v.                    )
                                 )
14  SIPPY LAL,                   )
                                 )   Date: February 22, 2013
15              Defendant.       )   Time: 9:00 a.m.
    _____)   Hon. Garland E. Burrell, Jr.
16
17
18       It is hereby stipulated by and between the United States of
19  America through its attorneys, and defendant Sippy Lal, through his
20  attorney, that the status conference hearing set for February 8,
21  2013, be vacated, and a status conference hearing be set for
22  February 22, 2013 at 9:00 a.m.
23       Mr. Lal recently retained new counsel in this matter who needs
24  to become familiar with the facts of the case and the more than
25  4,300 documents produced in discovery.  In addition, the parties are
26  actively seeking resolution of this matter.  Accordingly, the
27  parties stipulate that the ends of justice are served by the Court
28  excluding the time between February 8, 2013, and February 22, 2013.
    The parties request that time be excluded based upon counsel's need
```

-1-

for reasonable time to prepare, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: February 5, 2013          /s/ Philip Ferrari for
                                 MARK AXUP, ESQ.
                                 Attny. for Sippy Lal

DATED: February 5, 2013          BENJAMIN WAGNER
                                 United States Attorney

                            By: /s/ Philip Ferrari
                                 PHILIP A. FERRARI
                                 Assistant U.S. Attorney

    IT IS ORDERED that the status conference currently set for February 8, 2013, is vacated, and a new status conference is set for February 22, 2013, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through February 22, 2013, pursuant to local code T4.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

    **IT IS SO ORDERED**.

Dated:  February 5, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge