```
 1  BENJAMIN WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    MICHELE BECKWITH
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2744
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. No. S 12-027 GEB
                                 )
12                  Plaintiff,   )   STIPULATION AND ORDER
                                 )
13         v.                    )
                                 )
14  SIPPY LAL,                   )
                                 )   Date: March 29, 2013
15                  Defendant.   )   Time: 9:00 a.m.
    _____)   Hon. Garland E. Burrell, Jr.
16
17
         It is hereby stipulated by and between the United States of
18
    America through its attorneys, and defendant Sippy Lal, through his
19
    attorney, that the status conference hearing set for February 22,
20
    2013, be vacated, and a status conference hearing be set for March
21
    29, 2013 at 9:00 a.m.
22
         Mr. Lal's new counsel needs additional time to become familiar
23
    with the case and the parties are actively seeking resolution of
24
    this matter.  Accordingly, the parties stipulate that the ends of
25
    justice are served by the Court excluding the time between February
26
    22, 2013, and March 29, 2013.  The parties request that time be
27
    excluded based upon counsel's need for reasonable time to prepare,
28
    taking into account the exercise of due diligence.  18 U.S.C. §
```

-1-

3161(h)(7)(B)(iv) (local Code T4).

DATED: February 20, 2013   /s/ Philip Ferrari for
                           MARK AXUP, ESQ.
                           Attny. for Sippy Lal

DATED: February 20, 2013   BENJAMIN WAGNER
                           United States Attorney

                       By: /s/ Philip Ferrari
                           PHILIP A. FERRARI
                           Assistant U.S. Attorney

   IT IS ORDERED that the status conference currently set for February 22, 2013, is vacated, and a new status conference is set for March 29, 2013, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through March 29, 2013, pursuant to local code T4.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

   **IT IS SO ORDERED.**

Dated:  February 20, 2013

                           _____
                           GARLAND E. BURRELL, JR.
                           Senior United States District Judge