BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S 12-027 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| SIPPY LAL, | ) | Date: May 3, 2013 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Sippy Lal, through his attorney, that the status conference hearing set for March 29, 2013, be vacated, and a status conference hearing be set for May 3, 2013 at 9:00 a.m.

Mr. Lal's new counsel needs additional time to become familiar with the case and the parties are actively seeking resolution of this matter. In addition, counsel for the defendant desires additional time to consult with his client who is currently hospitalized and unable to attend the current date set for conference, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this

-1-

matter, to discuss potential resolutions, to prepare pretrial motions, and to otherwise prepare for trial, if necessary. Accordingly, the parties stipulate that the ends of justice are served by the Court excluding the time between March 29, 2013, and May 3, 2013. The parties request that time be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: March 28, 2013     /s/ Philip Ferrari for
MARK AXUP, ESQ.
Attny. for Sippy Lal

DATED: March 28, 2013     BENJAMIN WAGNER
United States Attorney

By: /s/ Philip Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

IT IS ORDERED that the status conference currently set for March 29, 2013, is vacated, and a new status conference is set for May 3, 2013, at 9:00 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through May 3, 2013, pursuant to local code T4. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///
///
///

**IT IS SO ORDERED.**

Dated: March 28, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge