```
 1  BENJAMIN WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    MICHELE BECKWITH
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2744
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. No. S 12-027 GEB
                                 )
12              Plaintiff,       )   STIPULATION AND ORDER
                                 )
13         v.                    )
                                 )
14  SIPPY LAL,                   )
                                 )   Date: August 9, 2013
15              Defendant.       )   Time: 9:00 a.m.
    _____)   Hon. Garland E. Burrell, Jr.
16
17
          It is hereby stipulated by and between the United States of
18
    America through its attorneys, and defendant Sippy Lal, through his
19
    attorney, that the status conference hearing set for May 3, 2013, be
20
    vacated, and a status conference hearing be set for August 9, 2013
21
    at 9:00 a.m.
22
          The discovery associated with this case includes investigative
23
    reports and related documents and includes in excess of 4,300 pages.
24
    Counsel for defendant desires additional time to consult with his
25
    client who is recovering from heart surgery and is unable to attend
26
    the current date set for conference, to review the current charges,
27
    to conduct investigation and research related to the charges, to
28
    review and copy discovery for this matter, to discuss potential
```

-1-

resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial, if necessary. In addition, the parties are actively seeking resolution of this matter. Accordingly, the parties stipulate that the ends of justice are served by the Court excluding the time between May 3, 2013, and August 9, 2013. The parties request that time be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: May 2, 2013  /s/ Philip Ferrari for
MARK AXUP, ESQ.
Attny. for Sippy Lal

DATED: May 2, 2013  BENJAMIN WAGNER
United States Attorney

By: /s/ Philip Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

IT IS ORDERED that the status conference currently set for May 3, 2013, is vacated, and a new status conference is set for August 9, 2013, at 9:00 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through August 9, 2013, pursuant to local code T4. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///
///
///

**IT IS SO ORDERED.**

Dated: May 2, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge