IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | 2:12-cr-027-GEB |
| v. ) | ORDER |
| RANI RACHANA SINGH-LAL, ) | |
|         Defendant. ) | |

      Defendant Rani Rachana Singh-Lal's in camera request to seal her Sentencing Memorandum, which was e-mailed to chambers on July 10, 2013, is overbroad since it is evident that a redacted version of the Sentencing Memorandum should be filed on the public docket. Defendant should have also submitted for in camera consideration the redacted version that should be filed on the public docket as contemplated by Federal Criminal Rule of Procedure 49.1(f). Therefore, no later than five court days from the date on which this order is filed, Defendant shall either comply with the above, or show cause in a filing why compliance is unnecessary.

Dated: July 18, 2013

                                        GARLAND E. BURRELL, JR.
                                      Senior United States District Judge

1